U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JAN 20 2000

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE UNION CENTRAL LIFE INSURANCE COMPANY, AND ROYAL MACCABEES LIFE INSURANCE CO. | * * * | CIVIL ACTION<br><br>NO. 00-0136<br><br>JUDGE F(4) |
| VERSUS | * | |
| CYRUS RATCLIFF, SR., INDIVIDUALLY AND AS THE TUTOR OF HIS MINOR CHILD, FANCIE RAE LYNN RATCLIFF, KATHERINE D. RATCLIFF, TANNA RATCLIFF GUILLORY, CYRUS RATCLIFF, JR. AND MISTY DAWN KENNERSON LODRIGUE RATCLIFF | * * * * | |

\* \* \* \* \* \* \*

## ORDER

Considering the foregoing complaint filed by The Union Central Life Company and Royal Maccabees Life Insurance Co. it is hereby ordered that:

DATE OF ENTRY  JAN 25 2000

N0455246 1

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.

1.

Cyrus Ratcliff, Sr., Katherine D. Ratcliff, Tanna Ratcliff Guillory, Cyrus Ratcliff, Sr. and Cyrus Ratcliff, Sr. as the tutor of his minor child, Fancie Rae Lynn Ratcliff, and Misty Dawn Kennerson Lodrigue Ratcliff, be and each of them are restrained from instituting or pursuing any action against The Union Central Life Company and Royal Maccabees Life Insurance Co. for recovery of any amounts allegedly due them under Policy No. G-22530, insuring the life of Mr. Troy Anthony Ratcliff; and

2.

The Honorable Clerk of Court, United States District Court for the Eastern District of Louisiana, is hereby ordered and directed to accept the sum of $86,000.00 from The Union Central Life Company and Royal Maccabees Life Insurance Co. and to deposit said sums into the Registry of this Court, pending further orders of this Court; and

3.

The Union Central Life Company is hereby ordered to deposit the sum of $86,000.00 payable under the Policy along with accrued interest of $1,027.22 (or a total sum of $87,027.22,) into the Registry of this Court, made payable to "The United States District Court for the Eastern District of Louisiana" by January 21, 2000, pending further orders of this Court.

New Orleans, Louisiana, this _20th_ day of _January_____, 2000.

_____
UNITED STATES DISTRICT JUDGE

N0455246.1