```
                                    UNITED STATES DISTRICT COURT
                                             FILED
                                       March 14, 2000
                                    EASTERN DISTRICT OF LOUISIANA
                                          Loretta G. Whyte
                                               Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNION CENTRAL LIFE INSURANCE                   CIVIL ACTION

VERSUS                                         NO. 00-136

CYRUS RATCLIFF, SR., ET LA.                    SECTION "F"

### PRELIMINARY CONFERENCE NOTICE

**A PRELIMINARY CONFERENCE** regarding this case will be held on **APRIL 18, 2000, at 3:30 P.M.,** for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

**TRIAL COUNSEL** are to participate in this conference. If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

Steve Hill
COURTROOM DEPUTY CLERK, SECTION "F"
F589-7685

### NOTICE
**COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.**

**COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE, A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE, ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE SUCH A CONFERENCE DESIRABLE.**

```
___FEE_____
XX PROCESS____
XX DOCKET_____
XX CTRM DEP___
DOCUMENT NO.__
```