UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNION CENTRAL LIFE INSURANCE COMPANY, ET AL | CIVIL ACTION |
| VERSUS | NO. 00-136 |
| CYRUS RATCLIFF, SR., ET AL | SECTION "F" |

### MOTION TO CONTINUE PRELIMINARY CONFERENCE

NOW INTO COURT through their undersigned counsel come CYRUS RATCLIFF, SR., individually and as tutor of his minor child, Fancie Rae Lynn Ratcliff, KATHERINE D. RATCLIFF, TANNA RATCLIFF GUILLORY and CYRUS RATCLIFF, JR., who would with respect suggest to the court as follows, to-wit:

1.

Yesterday counsel for plaintiff, CYRUS RATCLIFF, SR., et al, received a telefax informing him that an ex parte preliminary conference had been scheduled in this matter for April 18, 2000 at 3:30 p.m. in New Orleans, Louisiana.

2.

The notice indicated that in the event counsel could not participate, a Motion and Order to Continue must be filed at least one (1) week prior to that time.

3.

Said counsel previously has scheduled a trial deposition with a medical expert at 4:00 p.m. on the same day. Because it is a trial deposition and was difficult to schedule the treating physician, it would be extremely burdensome to have to cancel and reschedule the trial deposition at 4:00 p.m. in order to participate in this preliminary conference at 3:30 p.m. and, in fact, it may be impossible to obtain a mutually convenient date for all counsel of record and the doctor to reschedule the trial deposition of the medical expert in the aforesaid case which is

DATE OF ENTRY MAR 21 2000

"Carthane v. State Farm Mutual, et al" and bearing docket number 488-442 on the docket of the Twenty-Fourth Judicial District Court, Jefferson Parish, Louisiana.

WHEREFORE premises considered CYRUS RATCLIFF, SR., individually and as tutor of his minor child, Fancie Rae Lynn Ratcliff, KATHERINE D. RATCLIFF, TANNA RATCLIFF GUILLORY and CYRUS RATCLIFF, JR., would with respect request that the preliminary conference scheduled on April 18, 2000 at 3:30 p.m. be rescheduled at a mutually convenient date for all counsel and the court herein, and for all other general and equitable relief.

RESPECTFULLY SUBMITTED BY:

R. SCOTT RAMSEY, JR., LTD.
(A PROFESSIONAL LAW CORP.)

_____
R. SCOTT RAMSEY, JR. #11098
Attorney for Cyrus Ratcliff, Sr., et al
1915 Highway 182 East
Morgan City, Louisiana 70380
(504) 395-9247

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNION CENTRAL LIFE INSURANCE COMPANY, ET AL | CIVIL ACTION |
| VERSUS | NO. 00-136 |
| CYRUS RATCLIFF, SR., ET AL | SECTION "F" |

### ORDER

The foregoing Motion considered;

IT IS HEREBY ORDERED that the preliminary conference in this matter previously scheduled for April 18, 2000 at 3:30 p.m. for the purpose of scheduling a pretrial conference and trial on the merits and for discussion of the status and discovery cutoff dates herein be and the same is hereby continued until the 25th day of April, 2000 at 3:00 o'clock p.m.

ORDER GRANTED at New Orleans, Louisiana the 20th day of MARCH, 2000.

_____
JUDGE/~~CLERK~~