MINUTE ENTRY
FELDMAN, J.
August 23, 2000

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 24 AM 11:05

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE UNION CENTRAL LIFE INSURANCE COMPANY AND ROYAL MACCABEES LIFE INSURANCE CO. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0136 |
| CYRUS RATCLIFF, SR., ET AL. | * | SECTION "F" |

    At the request of counsel, the Court will hear this matter on September 25, 2000, without oral argument, and in place of the trial on the merits.

    Accordingly,

    IT IS ORDERED: that the pretrial conference scheduled for September 6, 2000, is hereby cancelled.

    IT IS FURTHER ORDERED: that the Court will hear the parties' motions on September 25, 2000, without oral argument, and in place of the trial of the merits scheduled for September 25, 2000.

DATE OF ENTRY
AUG 25 2000

Fee ____
Process ____
X/Dktd ____
CtRmDep ____
Doc. No. ____