
UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNION CENTRAL LIFE INSURANCE<br>CO., AND ROYAL MACCABEES<br>LIFE INSURANCE COMPANY<br><br>VERSUS<br><br>CYRUS RATCLIFF, SR., INDIVIDUALLY<br>AND AS THE TUTOR OF HIS MINOR CHILD,<br>FANCIE RAE LYNN RATCLIFF, KATHERINE D.<br>RATCLIFF, TANNA RATCLIFF GUILLORY, AND<br>MISTY DAWN KENNERSON LODRIGUE<br>RATCLIFF | CIVIL ACTION<br><br>NUMBER: 00-136<br><br>SECTION " F "<br><br>JUDGE: FELDMAN |

**UNOPPOSED MOTION FOR PARTIAL DISMISSAL**
**AND PAYMENT OF ATTORNEY'S FEES**

NOW INTO COURT, through undersigned counsel, comes plaintiff Union Central Life Insurance Company and Royal Maccabees Life Insurance Co. which represents to the Court that Union Central Life Insurance Company and Royal Maccabees Life Insurance Co. filed this

N0544775 2

DATE OF ENTRY

AUG 2 8 2000



interpleader action and has deposited all monies held by it into the Registry of Court for disposition to claimants as the Court determines. Union Central Life Insurance Company and Royal Maccabees Life Insurance Co. have fulfilled any and all obligations that they may have in accordance with the accidental death insurance proceeds that were held by it and which have been deposited with the Court and, therefore, Union Central Life Insurance Company and Royal Maccabees Life Insurance Co. should be dismissed from this suit with prejudice, and released of any and all obligations in connection with the accidental death policies covering the life of Mr. Troy Anthony Ratcliff, bearing Policy No. G-22530, and the certificate issued thereunder, and it should be awarded court costs and attorney's fees out of the $87,027.22 that they have deposited into the Registry of Court in this interpleader, for having to bring the said suit. Union Central Life Insurance Company and Royal Maccabees Life Insurance Co. are entitled to recover fees and costs because: (1) they are not claiming entitlement to any of the fund, (2) they have conceded liability in full, (3) they have deposited the funds into the Registry of the Court, and (4) they seek a discharge. <u>United Bank of Denver v. Oxford Properties, Inc.</u>, 683 F.Supp. 755 (D. Colo. 1988); <u>Lincoln Income Life Insurance Co. v. Harrison</u>, 71 F.R.D. 27 (W.D. Ok. 1976). Counsel for Union Central Life Insurance Company and Royal Maccabees Life Insurance Co. has spoken with counsel for the Defendants-in-Interpleader, Cyrus Ratcliff, Sr., Individually and as the Tutor of his minor child, Fancie Rae Lynn Ratcliff, Katherine D. Ratcliff, Tanna Ratcliff Guillory, and Misty Dawn Kennerson Lodrigue Ratcliff, who consent to the dismissal of Union Central Life Insurance Company and Royal Maccabees Life Insurance Co. and the payment of attorney's fees as prayed for.

Accordingly, with the agreement of all parties to this litigation, Union Central Life Insurance Company and Royal Maccabees Life Insurance Co. move for their dismissal with prejudice from this litigation, an order that they have satisfied all of its obligations in connection with the policy, and an order that it be awarded its attorney's fees out of the funds on deposit in the Registry of this Court.

Respectfully submitted,

*/s/ Robert L. Walsh*

Robert L. Walsh (#17850)
Jones, Walker, Waechter, Poitevent, Carrere
  & Denegre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, LA  70170-5100
Telephone: (504) 582-8276
Attorneys for Union Central Life Insurance Company and Royal Maccabees Life Insurance Co.

### CERTIFICATE OF SERVICE

I hereby certify that I have mailed the foregoing pleading by U.S. mail to all counsel of record, postage prepaid, this 17th day of August, 2000.

*/s/ Robert J. Walsh*

- 3 -

N0544775 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNION CENTRAL LIFE INSURANCE CO., AND ROYAL MACCABEES LIFE INSURANCE COMPANY | * * * | CIVIL ACTION |
| | * | NUMBER: 00-136 |
| VERSUS | * | |
| | * | SECTION " F " |
| CYRUS RATCLIFF, SR., INDIVIDUALLY AND AS THE TUTOR OF HIS MINOR CHILD, FANCIE RAE LYNN RATCLIFF, KATHERINE D. RATCLIFF, TANNA RATCLIFF GUILLORY, AND MISTY DAWN KENNERSON LODRIGUE RATCLIFF | * * * * * * | JUDGE: FELDMAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF PARTIAL DISMISSAL AND FOR PAYMENT OF FEE OUT OF REGISTRY OF COURT

Considering the foregoing motion,

IT IS HEREBY ORDERED THAT:

(1) Union Central Life Insurance Company and Royal Maccabees Life Insurance Co. are hereby dismissed from this matter with prejudice;

N0427755 1

(2) Union Central Life Insurance Company and Royal Maccabees Life Insurance Co. are hereby released from any and all obligations owed by it in connection with Policy No. G-22530, and the certificates issued thereunder, issued by it and covering Troy Anthony Ratcliff.;

(3) Cyrus Ratcliff, Sr., Individually and as the Tutor of his minor child, Fancie Rae Lynn Ratcliff, Katherine D. Ratcliff, Tanna Ratcliff Guillory, and Misty Dawn Kennerson Lodrigue Ratcliff are hereby enjoined from instituting any further action against Union Central Life Insurance Company and Royal Maccabees Life Insurance Co. for recovery of any benefits due under the above-referenced policy of insurance or otherwise in connection with said policy; and

(4) Union Central Life Insurance Company and Royal Maccabees Life Insurance Co. are awarded the sum of $2,548.90, as attorney's fees costs for having to file the said suit; and that the Honorable Clerk of Court is hereby authorized and directed to pay the sum of $2,548.90 to "Union Central Life Insurance Company and Royal Maccabees Life Insurance Co.," with said proceeds to be paid out of the $87,027.22 in funds deposited into the Registry of the Court.

New Orleans, Louisiana, this ____ day of August, 2000.

_____
UNITED STATES DISTRICT JUDGE

*DENIED without prejudice for failure to comply with Local Rule 67.3*

8/25/00

N0427755 1

-2-