

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE UNION CENTRAL LIFE INSURANCE COMPANY AND ROYAL MACCABEES LIFE INSURANCE CO. | * * * * * | CIVIL ACTION |
| VERSUS | * * | NO: 00-0136 |
| CYRUS RATCLIFF, SR., INDIVIDUALLY AND AS THE TUTOR OF HIS MINOR CHILD, FANCIE RAE LYNN RATCLIFF, KATHERINE D. RATCLIFF, TANNA RATCLIFF GUILLORY, CYRUS RATCLIFF JR. AND MISTY DAWN KENNERSON LODRIGUE RATCLIFF | * * * * * * * * | JUDGE: Martin L. C. Feldman SECTION F  MAGISTRATE: 4 Karen Wells Roby |

## JOINT MOTION AND ORDER

NOW INTO COURT, through their respective undersigned counsel, comes MISTY DAWN KENNERSON LODRIGUE RATCLIFF, CYRUS RATCLIFF, SR., INDIVIDUALLY AND AS THE TUTOR OF HIS MINOR CHILD, FANCIE RAE LYNN RATCLIFF, KATHERINE D. RATCLIFF, TANNA RATCLIFF GUILLORY, AND CYRUS RATCLIFF, JR., who represent to the Court as follows:

1.

Union Central Life Insurance Company and Royal Maccabees Life

DATE OF ENTRY
AUG 2 8 2000



Insurance Company have been dismissed, with prejudice, from this litigation.

2.

Misty Dawn Kennerson Lodrigue Ratcliff, Cyrus Ratcliff, Sr., Individually and as the tutor of his minor child, Fancie Rae Lynn Ratcliff, Katherine D. Ratcliff, Tanna Ratcliff Guillory, and Cyrus Ratcliff, Jr., are the only parties remaining in this litigation and they agree and stipulate to submit this matter to the Court for final determination by filing Opposing Motions for Summary Judgment with supporting Memoranda, Affidavits, Depositions, etc.

3.

The remaining parties hereto further agree that there are no factual issues to be decided by the Court and the remaining issues are legal only, therefore Opposing Motions for Summary Judgment with Memoranda, Affidavits, Depositions, etc. will be filed in the captioned proceedings on or before Monday, September 11, 2000.

4.

The parties hereto request that the Pre-Trail Conference scheduled herein on Wednesday, September 6, 2000 at 1:30 p. m. be continued without date and the Trial on the Merits scheduled herein on Monday, September 25, 2000, at 9:00 a.,m. be held on briefs only.

Accordingly, as per the agreements and stipulations of the parties remaining in this litigation the undersigned request an Order as follows:

1.  That Misty Dawn Kennerson Lodrigue Ratcliff, Cyrus Ratcliff, Sr., Individually and as the tutor of his minor child, Fancie Rae Lynn Ratcliff, Katherine D. Ratcliff, Tanna Ratcliff Guillory, and Cyrus Ratcliff, Jr. submit this matter to the Court for final determination by filing Opposing Motions for Summary Judgment with supporting Memoranda, Affidavits, Depositions, etc.;

2.  That said Opposing Motions for Summary Judgment with Memoranda, Affidavits, Depositions, etc. be filed in the captioned proceedings on or before Monday,

September 11, 2000;

      3.    That the Pre-Trail Conference scheduled on Wednesday, September 6, 2000 at 1:30 p. m. be contiued without date and the Trial on the Merits scheduled on Monday, September 25, 2000, at 9:00 a. m. be submitted to the Court and decided on briefs only.

                                RESPECTFULLY SUBMITTED BY:

                                LEO J. LANDRY, JR. (Bar 7990)
                                Attorney for Misty Dawn Kennerson
                                Lodrigue Ratcliff
                                P. O. Box 2018
                                415 Everett Street
                                Morgan City, LA 70381-2018
                                TEL: (504) 384-4664
                                FAX: (504) 384-4665

                                R. Scott Ramsey, Jr. (Bar 11098)
                                Attorney for Cyrus Ratcliff, Sr., Individually
                                and as the tutor of his minor child, Fancie
                                Rae Lynn Ratcliff, Katherine D. Ratcliff,
                                Tanna Ratcliff Guillory and Cyrus Ratcliff, Jr.
                                1915 Highway 182 East
                                Morgan City, LA 70380
                                TEL: (504) 395-9247
                                FAX: (504) 395-3898

## CERTIFICATE OF SERVICE

  I certify that a copy of the foregoing Motion and Order has been served upon counsel for all parties to this proceeding, by mailing the same to each by First Class, United States Mail, properly addressed and postage pre-paid on this **22nd** day of August, 2000.

_____
LEO J. LANDRY, JR.

_____
R. SCOTT RAMSEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE UNION CENTRAL LIFE INSURANCE COMPANY AND ROYAL MACCABEES LIFE INSURANCE CO. | * * * * * | CIVIL ACTION |
| VERSUS | * * | NO: 00-0136 |
| CYRUS RATCLIFF, SR., INDIVIDUALLY AND AS THE TUTOR OF HIS MINOR CHILD, FANCIE RAE LYNN RATCLIFF, KATHERINE D. RATCLIFF, TANNA RATCLIFF GUILLORY, CYRUS RATCLIFF JR. AND MISTY DAWN KENNERSON LODRIGUE RATCLIFF | * * * * * * * * | JUDGE: Martin L. C. Feldman SECTION F<br><br>MAGISTRATE: 4<br>Karen Wells Roby |

## ORDER

Considering the foregoing joint motion,

IT IS HEREBY ORDERED THAT:

(1) Misty Dawn Kennerson Lodrigue Ratcliff, Cyrus Ratcliff, Sr., Individually and as the Tutor of his minor child, Fancie Rae Lynn Ratcliff, Katherine D. Ratcliff, Tanna Ratcliff Guillory and Cyrus Ratcliff Jr. submit this matter to the Court for final determination by filing Opposing Motions for Summary Judgment with supporting Memoranda, Affidavits, Depositions, etc.;

(2) Said Opposing Motions for Summary Judgment with Memoranda,

Affidavits, Depositions, etc. are to be filed in the captioned proceedings on or before Monday, September 11, 2000, and the Trial on the Merits on Monday, September 25, 2000 at 9:00 a. m. shall be submitted to the Court and decided on briefs only.

(3)    The Pre-Trial Conference scheduled on Wednesday, September 6, 2000, at 1:30 p.m. is hereby continued without date.

New Orleans, Louisiana, this _____ day of August, 2000.

_____
UNITED STATES DISTRICT JUDGE

*[handwritten: DENIED as moot. MF 8.25.*]