"Certification of Funds in the Registry"

PRINCIPAL: $ 87,027.22

Financial Deputy: _____ Date: SEP 18 2000

SEP 18 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNION CENTRAL LIFE INSURANCE CO., AND ROYAL MACCABEES LIFE INSURANCE COMPANY | * * * * | CIVIL ACTION |
| VERSUS | * * | NUMBER: 00-136 |
| | * | SECTION " F " |
| CYRUS RATCLIFF, SR., INDIVIDUALLY AND AS THE TUTOR OF HIS MINOR CHILD, FANCIE RAE LYNN RATCLIFF, KATHERINE D. RATCLIFF, TANNA RATCLIFF GUILLORY, AND MISTY DAWN KENNERSON LODRIGUE RATCLIFF | * * * * * * | JUDGE: FELDMAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**UNOPPOSED MOTION FOR DISBURSEMENT OF REGISTRY FUNDS**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Union Central Life Insurance Company Co. ("Union Central"), which represents to the Court that:

1.

On June 5, 1999, Royal Maccabees Life Insurance Company had in effect a Group Term Policy bearing number G-22530( hereafter the "policy") issued to the Assumption

N0561052 2

DATE OF ENTRY
SEP 2 6 2000

Parish Sheriff's Office. That policy provided to Troy Anthony Ratcliff, a deputy sheriff, term life insurance coverage in the amount of $43,000.00 and accidental death and dismemberment coverage in the amount of $43,000.00.

2.

On June 5, 1999, Troy Anthony Ratcliff was killed in an auto accident in Assumption Parish. Under the Policy, the beneficiary or beneficiaries were entitled to receive $86,000.00.

3.

On August 1, 1999, Union Central entered into transactions wherein Union Central assumed certain liabilities of Royal Maccabees Life Insurance Company, including the liability for payments of benefits owed under the Policy.

4.

Because of conflicting claims to the insurance benefits and Union Central's inability to establish the proper party or parties entitled to receive the insurance benefits, and to avoid double or multiple liability for said benefits, Union Central, along with Royal Maccabees Life Insurance Co. filed this Interpleader.

5.

Pursuant to an Order of This Honorable Court, Union Central deposited on January 21, 2000 the sum of $86,000.00 payable under the Policy along with accrued interest of

$1,027.22 (for a total $87,027.22 ), into the Registry of Court. (Exhibit A, copy of receipt of deposit.)

6.

Union Central has fulfilled any and all obligations that it may have as a result of the accidental death of Mr. Ratcliff, including the payment of any proceeds under the policy, which proceeds have been deposited with the Court.

7.

Union Central is entitled to recover fees and costs because: (1) it has not claimed entitlement to any of the fund, (2) it has conceded liability in full, and (3) it has deposited the funds into the Registry of the Court. <u>United Bank of Denver v. Oxford Properties, Inc.</u>, 683 F.Supp. 755 (D. Colo. 1988); <u>Lincoln Income Life Insurance Co. v. Harrison</u>, 71 F.R.D. 27 (W.D. Ok. 1976).

8.

Attached hereto as Exhibit B is the fee statement of counsel for Union Central. Counsel for Union Central certifies that is true and correct, and that it is based on actual time and expenses incurred in the referenced matter, at the standard hourly rate charged by counsel for Union Central. Although the total fees and costs incurred by Union Central exceed $3,000.00, all parties have agreed that Union Central may recover the amount of $2,548.90 out of the funds on deposit in the Registry of Court.

9.

Accordingly, and with the agreement of all Parties to this litigation, Union Central moves for an Order authorizing and directing the Clerk of Court to issue a check from the funds on deposit in the Registry of Court in the amount of $2,548.90 payable to The Union Central Life Insurance Company (P. O. Box 40888, Cincinnati, Ohio, 45240; Tax ID Number: 31-0472910) and mail the check to Union Central's attorney of record, Robert L. Walsh, at Jones Walker, 49th Floor, 201 St. Charles Avenue, New Orleans, Louisiana, 70170-5100.

Respectfully submitted,

_____
Robert L. Walsh (#17850)
Jones, Walker, Waechter, Poitevent, Carrere
  & Denegre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170-5100
Telephone: (504) 582-8276
Attorneys for Union Central Life Insurance
Company and Royal Maccabees Life Insurance Co.

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed the foregoing pleading by U.S. mail to all counsel of record, postage prepaid, this 16th day of September, 2000.

_____
Robby Wald

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNION CENTRAL LIFE INSURANCE CO., AND ROYAL MACCABEES LIFE INSURANCE COMPANY | * * * * | CIVIL ACTION |
| VERSUS | * * | NUMBER: 00-136 |
| | * | SECTION " F " |
| CYRUS RATCLIFF, SR., INDIVIDUALLY AND AS THE TUTOR OF HIS MINOR CHILD, FANCIE RAE LYNN RATCLIFF, KATHERINE D. RATCLIFF, TANNA RATCLIFF GUILLORY, AND MISTY DAWN KENNERSON LODRIGUE RATCLIFF | * * * * * * | JUDGE: FELDMAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER FOR DISBURSEMENT OF REGISTRY FUNDS

Considering the foregoing Motion,

IT IS HEREBY ORDERED THAT:

The Honorable Clerk of Court, Loretta Whyte, is authorized and directed to draw a check in the amount of $2,548.90 [Principal Only] payable to The Union Central Life Insurance Company (P. O. Box 40888, Cincinnati, Ohio, 45240; Tax ID Number: 31-0472910) with said proceeds

N0427755 1

to be paid out of funds deposited into the Registry of the Court on January 21, 2000, for which was issued Receipt No. 200 257632. The Honorable Clerk of Court, Loretta Whyte, is also directed to mail the check to The Union Central Life Insurance Company's attorney of record, Robert L. Walsh, at Jones Walker, 49th Floor, 201 St. Charles Avenue, New Orleans, Louisiana, 70170-5100.

New Orleans, Louisiana, this 20th day of September, 2000.

*Martin L.C. Feldman*
**Judge Feldman**

RECEIVED CHECK NO. 13523
IN THE AMOUNT OF $2,548.90
9/25/00

- 2 -

N0427755 1