

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNION CENTRAL LIFE INSURANCE CO., AND ROYAL MACCABEES LIFE INSURANCE COMPANY | * * * * | CIVIL ACTION<br><br>NUMBER: 00-136 |
| VERSUS | * * | SECTION " F " |
| CYRUS RATCLIFF, SR., INDIVIDUALLY AND AS THE TUTOR OF HIS MINOR CHILD, FANCIE RAE LYNN RATCLIFF, KATHERINE D. RATCLIFF, TANNA RATCLIFF GUILLORY, AND MISTY DAWN KENNERSON LODRIGUE RATCLIFF | * * * * * * * | JUDGE: FELDMAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * .

**UNOPPOSED MOTION FOR PARTIAL DISMISSAL**

NOW INTO COURT, through undersigned counsel, come plaintiffs, Union Central Life Insurance Company and Royal Maccabees Life Insurance Co., which represent to the Court that Union Central Life Insurance Company and Royal Maccabees Life Insurance Co. filed this interpleader action and have fulfilled any and all obligations that they may have in accordance

N0561048 2

DATE OF ENTRY
SEP 2 7 2000

with the accidental death insurance proceeds that were held by it and which have been deposited with the Court and, therefore, Union Central Life Insurance Company and Royal Maccabees Life Insurance Co. should be dismissed from this suit with prejudice, and released of any and all obligations in connection with the accidental death policies covering the life of Mr. Troy Anthony Ratcliff, bearing Policy No. G-22530, and the certificate issued thereunder. Counsel for Union Central Life Insurance Company and Royal Maccabees Life Insurance Co. has spoken with counsel for the Defendants-in-Interpleader, Cyrus Ratcliff, Sr., Individually and as the Tutor of his minor child, Fancie Rae Lynn Ratcliff, Katherine D. Ratcliff, Tanna Ratcliff Guillory, and Misty Dawn Kennerson Lodrigue Ratcliff, all of whom consent to the dismissal of Union Central Life Insurance Company and Royal Maccabees Life Insurance Co.

Accordingly, with the agreement of all parties to this litigation, Union Central Life Insurance Company and Royal Maccabees Life Insurance Co. move for their dismissal with prejudice from this litigation and an order that they have satisfied all of its obligations in connection with the policy.

Respectfully submitted,

_____
Robert L. Walsh (#17850)
Jones, Walker, Waechter, Poitevent, Carrere
  & Denegre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, LA  70170-5100
Telephone: (504) 582-8276
Attorneys for Union Central Life Insurance Company and Royal Maccabees Life Insurance Co.

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed the foregoing pleading by U.S. mail to all counsel of record, postage prepaid, this _____ day of September, 2000.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNION CENTRAL LIFE INSURANCE CO., AND ROYAL MACCABEES LIFE INSURANCE COMPANY | * * * | CIVIL ACTION |
| | * | NUMBER: 00-136 |
| VERSUS | * | |
| | * | SECTION " F " |
| CYRUS RATCLIFF, SR., INDIVIDUALLY AND AS THE TUTOR OF HIS MINOR CHILD, FANCIE RAE LYNN RATCLIFF, KATHERINE D. RATCLIFF, TANNA RATCLIFF GUILLORY, AND MISTY DAWN KENNERSON LODRIGUE RATCLIFF | * * * * * * * | JUDGE: FELDMAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER OF PARTIAL DISMISSAL**

Considering the foregoing motion,

IT IS HEREBY ORDERED THAT:

(1)     Union Central Life Insurance Company and Royal Maccabees Life Insurance Co. are hereby dismissed from this matter with prejudice;

N0427755 1

(2)    Union Central Life Insurance Company and Royal Maccabees Life Insurance Co. are hereby released from any and all obligations owed by it in connection with Policy No. G-22530, and the certificates issued thereunder, issued by it and covering Troy Anthony Ratcliff; and

(3)    Cyrus Ratcliff, Sr., Individually and as the Tutor of his minor child, Fancie Rae Lynn Ratcliff, Katherine D. Ratcliff, Tanna Ratcliff Guillory, and Misty Dawn Kennerson Lodrigue Ratcliff are hereby enjoined from instituting any further action against Union Central Life Insurance Company and Royal Maccabees Life Insurance Co. for recovery of any benefits due under the above-referenced policy of insurance or otherwise in connection with said policy.

New Orleans, Louisiana, this 25th day of September, 2000.

_____
UNITED STATES DISTRICT JUDGE

N0427755 1