```
              FILED
       U.S. DISTRICT COURT
      EASTERN DISTRICT OF LA

         2000 OCT 11  AM 8:31

          LORETTA G. WHYTE
               CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE UNION CENTRAL LIFE INSURANCE COMPANY, ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-136 |
| CYRUS RATCLIFF, SR., ET AL. | SECTION "F" |

## JUDGMENT

For the written reasons of the Court on file herein, accordingly;

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment granting the motion for summary judgment filed by Misty Ratcliff and the proceeds of the policies shall be paid to Misty Racliff, as the surviving spouse of Troy Ratcliff.

New Orleans, Louisiana, this 10TH Day of October, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
OCT 1 2 2000